In the Matter of the Application of JOSEPH HART for an Order of Mandamus Directed to FRANCES PERKINS, Industrial Commissioner, as Administrator of the State Insurance Fund.*— Order reversed on the law, with costs, and petition for peremptory mandamus order granted, without costs, on the ground that a clear legal right to the penalty is shown and no facts are brought to our attention permitting denial of the relief as a matter of discretion. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HERKIMER NATIONAL BANK, Respondent, v. IDA JENKINS and Another, Appellants, Impleaded with Others, Defendants.— Judgment and orders affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MICHAEL COLLURA, Respondent, v. LEONARD EDISON HANLEY, Appellant.— Order affirmed, with costs. All concur, except Taylor and Edgcomb, JJ., who dissent and vote for reversal on the facts and for reinstatement of the verdict. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

RAYMOND W. SHEFFER, as Administrator, etc., of AUGUST SHEFFER, Appellant, v. JOHN PENTEK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLORENCE DAVIDSON and MARGARET C. CONNELL, Appellants.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MADELINE BRIGANDI, Respondent, v. DOMENICO DiVINCENZO, Appellant.— Order modified by adding to it the following, " without prejudice to an application for physical examination and to take the deposition of the plaintiff under section 306 of the Civil Practice Act," and as so modified affirmed, so far as appealed from, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

DOMENICO VERSAGE, Appellant, v. HOME INSURANCE COMPANY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of the Application of CLAUDE B. PAPE, Appellant, for a Mandamus Order against CHARLES A. McKERNAN, Commissioner of Public Works of the City of Utica, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOHN J. BUCHHEIT and Another, Respondents, v. ALBERT MARCUS WEIL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

C. I. T. CORPORATION, Respondent, v. CLARENCE PICKARD and Another, Appellants, Impleaded with Another, Defendant.— Order reversed on the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide the event, on the ground that Chautauqua county is the proper county for the trial of this action, all of the defendants having been residents of that county at the time of the commencement of the action, and the plaintiff not having been at the time of the commencement of the action a resident of Erie county. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

---

* Revd., 258 N. Y. 61.